JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN L. MACKSON,<br><br>           Plaintiff,<br><br>               v.<br><br>HINTON et al.,<br><br>           Defendants. | Case No. CV 20-4633-JLS (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Dismissing Action Without Prejudice for Failure to Prosecute and Failure to State Claim,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 1, 2021

                                    JOSEPHINE L. STATON
                                    U.S. DISTRICT JUDGE